This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 39
Nomura Home Equity Loan, Inc.,
Series 2006-FM2, by HSBC Bank
USA, National Association, solely
in its capacity as Trustee,
et al.,
             Respondents,
        v.
Nomura Credit & Capital, Inc.
             Appellant.
(And Three Other Actions.)


        Joseph J. Frank, for appellant.
        Michael S. Shuster, for respondents.
        Securities Industry and Financial Markets Association;
Sand Canyon Corporation, amici curiae.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered for a future Court session.


Decided May 9, 2017